IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-114-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERARD LAMONT SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's *pro se* motion to for return of evidence (DE 43). Therein, defendant seeks the return of a cell phone and a religious medallion seized by the Johnston County Sheriff's Department during the investigation of his case. No response has been filed by the government, which is hereby DIRECTED to show cause as to why these items should not be released to defendant in fourteen (14) days. Should the government fail to show cause by then why the cell phone and medallion should be maintained, these items shall be so released.

SO ORDERED, this the 18th day of November, 2013.

LOUISE W. FLANAGAN
United States District Judge