IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-114-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERARD LAMONT SANDERS, | ) | |

This matter is before the court on defendant's *pro se* motion for return of evidence (DE 43). Therein, defendant seeks the return of a cell phone and a religious medallion seized by the Johnston County Sheriff's Department during the investigation of his case. No response was filed by the government, and on November 18, 2013, the undersigned entered an order directing the government to show cause within fourteen (14) days why these items should not be released to the defendant. The time for the government to show cause has expired, with no response being filed. It is now ORDERED that the Johnston County Sheriff's Department shall release defendant's cell phone and medallion to the defendant.

SO ORDERED, this 3rd day of December, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge